

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER** and Adrian Segovia,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's unopposed first motion for an extension of time to file the appellant's brief is granted. We order appellant to file its brief by February 11, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court